07 CV 7251

Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Jason P. Conti (JC 0581)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendant*
*Twentieth Century Fox Film Corporation*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CEDENO,

                          Plaintiff,                Case No.: _____

        – against –

20th CENTURY FOX FILM CORP.,
ONE AMERICA PRODUCTIONS, INC.,
AND LARRY CHARLES

                          Defendants.
------------------------------------------------------------X

## STATEMENT OF DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Twentieth Century Fox Film Corporation ("Fox") certifies that News Corporation is the indirect, ultimate parent corporation of Fox and is publicly held. Liberty Media Corporation, a publicly traded company, owns more than 10% of the stock in News Corporation. Fox does

not have any other corporate parents, subsidiaries or affiliates that are publicly held.

Dated: August 14, 2007

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____
Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Jason P. Conti (JC 0581)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel. (212) 918-3000
Fac. (212) 918-3100

*Attorneys for Defendant
Twentieth Century Fox Film Corporation*