**HOGAN & HARTSON**



Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

September 14, 2007

By Hand Delivery

The Honorable Loretta A. Preska
United States District Judge
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007-1312

RECEIVED
SEP 17 2007
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   *Cedeno v. 20th Century Film Corp., et. al*, 07 CIV 7251 (LAP)

Dear Judge Preska:

We represent defendant Twentieth Century Fox Film Corporation ("Fox"), in the above-referenced action. I write further to my letter to Your Honor of August 17, 2007 in which we requested a pre-motion conference regarding Fox's proposed motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

① Since sending the letter, counsel for the parties have spoken and Plaintiff Felix Cedeno ("Plaintiff") has agreed to amend his complaint on or before September 20, 2007 to more effectively identify the Plaintiff in this action.

② Accordingly, Fox withdraws its request for a pre-motion conference at this time.

Thank you for your consideration.

So ordered
Loretta A. Preska
USDJ
September 18, 2007

Respectfully submitted,

Slade R. Metcalf

cc:   Brian J. Daly, Esq. (via facsimile)