Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendant Twentieth Century Fox Film Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | |
|---|---|
| FELIX CEDENO | : |
| | : |
| Plaintiff, | : Case No.: 07 CIV 7251 (LAP) |
| | : |
| v. | : |
| | : **NOTICE OF MOTION** |
| 20TH CENTURY FOX FILM CORP., | : |
| ONE AMERICA PRODUCTIONS INC. | : |
| AND LARRY CHARLES | : |
| | : |
| Defendants. | : |
| | : |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declarations of Bonnie I. Bogin, sworn to the 11th day of October, 2007, and Slade R. Metcalf, sworn to the 12th day of October, 2007, and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Loretta A. Preska, United States District Judge, United States District Court, Southern District of New York, at the United States Courthouse, Courtroom 12A, 500 Pearl Street, New York, New York 10007, at a date and time as shall be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the amended complaint of plaintiff Felix Cedeno ("Plaintiff") with prejudice as against defendant Twentieth Century Fox Film Corporation in its entirety, and

granting such other and further relief as this Court may deem appropriate.  Oral argument, if any, will be on a date and at a time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be served by Plaintiff within ten business days after service of the motion papers in accordance with Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: October 12, 2007

                                                    Respectfully submitted,

                                                   HOGAN & HARTSON LLP

                                                   By: s/ Slade R. Metcalf
                                                   Slade R. Metcalf  (SM 8360)
                                                   Jason P. Conti (JC 0581)
                                                   HOGAN & HARTSON LLP
                                                   875 Third Avenue
                                                   New York, New York 10022
                                                   Tel.  (212) 918-3000
                                                   Fac.  (212) 918-3100
                                                   *Attorneys for Defendant Twentieth Century*
                                                        *Fox Film Corporation*

TO:    Brian J. Daly, Esq.
         HAWKINS FERETIC & DALY, LLC
         11 Broadway – 3rd Floor
         New York, New York 10004
         (212) 530-3900
         *Attorneys for Plaintiff Felix Cedeno*