## CERTIFICATE OF SERVICE

      I, Jason P. Conti, hereby certify that on October 12, 2007, I caused a true and correct copy of the Notice of Motion**,** Memorandum Of Law Of Twentieth Century Fox Film Corporation In Support Of Its Motion To Dismiss The Amended Complaint, Declaration Of Slade R. Metcalf In Support Of Motion To Dismiss Of Defendant Twentieth Century Fox Film Corporation and Declaration Of Bonnie I. Bogin In Support Of Motion To Dismiss Of Defendant Twentieth Century Fox Film Corporation to be served through the Court's electronic notification system and by hand delivery upon:

    Brian J. Daly, Esq.
    HAWKINS FERETIC & DALY, LLC
    11 Broadway – 3rd Floor
    New York, New York 10004
    *Attorneys for Plaintiff*

Dated:  October 12, 2007

                                                                       s/ Jason P. Conti
                                                                     JASON P. CONTI

\\\NY - 027721/000003 - 1059240 v1