## EXHIBIT B

**To the Declaration of Slade R. Metcalf
(A copy of an excerpt from the Film Sequence on DVD)
submitted in hard copy in Chambers)**

**[Not Filed Electronically]**