11/06/2007 16:55   2125303919        HAWKINS FERETIC DALY         PAGE 02/02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CEDENO

    Plaintiff,

v.

20TH CENTURY FOX FILM CORP.,
ONE AMERICA PRODUCTIONS INC.
AND LARRY CHARLES

    Defendants.
------------------------------------------------------------X

Case No.: 07 CIV 7251 (LAP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Felix Cedeno ("Plaintiff") and defendant Twentieth Century Fox Film Corporation ("Fox"), through their undersigned attorneys, that Plaintiff shall serve any Opposition to Fox's Motion to Dismiss on or before November 19, 2007, and Fox shall serve any Reply on or before December 3, 2007.

Dated: 11/6/07

_____
Brian J. Daly (BD 4574)
HAWKINS FERETIC & DALY, LLC
11 Broadway – 3rd Floor
New York, New York 10004
(212) 530-3900
*Attorney for Plaintiff Felix Cedeno*

Dated: 11/6/07

_____
Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Defendant Twentieth Century Fox Film Corporation*

IT IS SO ORDERED:

_____
U.S.D.J.
November 7, 2007

WNY 027721/000003 - 1062073 v1