UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Felix Cedeno

            Plaintiff(s),

   -against-

20th Century Fox Film Corp., et al.

           Defendant(s).

------------------------------------x

07 Civ. 7251 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on February 7, 2008 at 9:00 a.m. for oral argument in the above-captioned action.

SO ORDERED

December 11, 2007

Loretta A. Preska, U.S.D.J.