

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendant Twentieth Century Fox Film Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CEDENO                                            :
                                                        :
    Plaintiff,                           :    Case No.: 07 CIV 7251 (LAP)
                                                        :
v.                                                      :
                                                        :    **STIPULATION OF**
20ᵀᴴ CENTURY FOX FILM CORP.,                            :    **DISMISSAL**
ONE AMERICA PRODUCTIONS INC.                            :
AND LARRY CHARLES                                       :
                                                        :
    Defendants.                          :
                                                        :
------------------------------------------------------------X

    WHEREAS, plaintiff Felix Cedeno ("Cedeno") filed a complaint in the Supreme Court of the State of New York, County of Bronx on or about July 2, 2007, which complaint contained a cause of action for violation of Section 51 of the New York Civil Rights Law and which complaint named as defendants Twentieth Century Fox Film Corporation ("Fox"), One America Productions, Inc., and Larry Charles;

    WHEREAS, Cedeno only served Fox with process in this case, the other two defendants not having been served with process;

    WHEREAS, Fox removed the case to the United States District Court for the Southern District of New York on August 14, 2007;

\\NY - 02772/000003 - 1071821 v1

WHEREAS, Fox filed a motion to dismiss the complaint on October 12, 2007, and Cedeno served an opposition to that motion on November 19, 2007 (but did not file such opposition);

WHEREAS, Cedeno now desires to voluntarily dismiss his complaint without any payment or other consideration by Fox and/or by any of the other named-defendants;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Cedeno and Fox, through their undersigned attorneys, that the within matter be, and the same hereby is, dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with Cedeno and Fox to bear their own costs and attorneys' fees.

Dated: February 4, 2008

Brian J. Daly (BD 4574)
HAWKINS FERETIC & DALY, LLC
11 Broadway – 3rd Floor
New York, New York 10004
(212) 530-3900
*Attorney for Plaintiff Felix Cedeno*

Dated: February 4, 2008

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Defendant Twentieth Century Fox Film Corporation*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

February 5, 2008